## Commonwealth *v.* Butler, Appellant.

Argued September 19, 1972. *Marshall E. Kresman,* with him *Lewis A. Walder,* for appellant; *Milton M. Stein,* Assistant District Attorney, with him *Romer Holleran,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.


## Commonwealth *v.* Coles, Appellant.

Submitted September 12, 1972. *John G. Veith,* for appellant; *Robyn Greene* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.